UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCELLA WILSHIRE,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No.  C07-5488FDB-JKA<br><br><br><br><br>ORDER FOR EXTENSION OF TIME |

Based on stipulation between the parties, it is hereby ORDERED that the scheduling order be amended as follows:

- Defendant's Responsive Brief due February 22, 2008;
- Plaintiff's Reply Brief due March 9, 2008.

///

///

Page 1          ORDER - [C07-5488FDB-JKA]

DATED this 22nd day of January, 2008.

*/s/ J. Kelley Arnold*

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Joanne Dantonio
JOANNE DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2730
Fax:       206-615-2531
joanne.dantonio@ssa.gov

Page 2          ORDER - [C07-5488FDB-JKA]