# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARCELLA L. WILSHIRE

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C07-5488FDB/JKA

|     | **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| --- | --- |
| XX  | **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED:

That the Commissioner's final decision be REVERSED and REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d).

February 6, 2008                           BRUCE RIFKIN
                                                            Clerk

                                                         s/ D. Forbes
                                                     By, Deputy Clerk